IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

STEPHANIE L. CAMP                                                                         PLAINTIFF

   v.                                         CIVIL NO. 11-3014

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## ORDER

Plaintiff, Stephanie L. Camp, brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration ("Commissioner") denying her applications for disability insurance benefits and supplemental security income pursuant to Titles II and XVI of the Social Security Act. ECF No. 1. Defendant filed an answer to Plaintiff's action on June 13, 2011, asserting that the findings of the Commissioner were supported by substantial evidence. ECF No. 7.

On August 30, 2011, the Commissioner, having changed positions, filed a motion requesting that Plaintiff's case be remanded pursuant to "sentence four" of section 405(g) in order to conduct further administrative proceedings. ECF Nos. 10, 11. Specifically, the Commissioner seeks remand to allow the Administrative Law Judge ("ALJ") to further evaluate treating physicians' opinions, other medical source opinions, and test findings, and to re-assess Plaintiff's residual functional capacity. Def.'s Br. in Support 1, ECF No. 11. The Commissioner also seeks remand to allow the ALJ to obtain an additional consultative examination and to consider Plaintiff's credibility in accordance with the factors delineated in 20 C.F.R. §§ 404.1529, 416.929, and SSR 96-7p (1996). *Id.*

AO72A
(Rev. 8/82)

The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g). A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to consider new, material evidence that was for good cause not presented before the agency. The fourth sentence of the statute provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993).

Here, the undersigned finds remand to allow the ALJ to further evaluate the evidence as addressed above, appropriate. Therefore, the Commissioner's motion is granted and the case will be remanded to the Commissioner for further administrative action pursuant to sentence four of section 405(g).

IT IS SO ORDERED this 30th day of August 2011.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)